UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:11-cv-00625-HDM-WGC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| $101,635.00 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |
| MARK CARLOS CAMPBELL, | ) | |
| Claimant. | ) | |

The parties' stipulation for entry of judgment of forfeiture (#12), as corrected by the parties' stipulation dated January 18, 2012 (#14), is hereby GRANTED.  Judgment of forfeiture will be entered accordingly.

IT IS SO ORDERED.

DATED: This 23rd day of January, 2012.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE