1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                            **DISTRICT OF NEVADA**

10

11   UNITED STATES OF AMERICA,        )      3:11-cv-00625-HDM-WGC
                                       )
12                   Plaintiff,        )
                                       )      ORDER
13   vs.                               )
                                       )
14   $101,635.00 IN UNITED STATES      )
     CURRENCY,                         )
15                                     )
                     Defendant.        )
16   _____)
                                       )
17   MARK CARLOS CAMPBELL,             )
                                       )
18                   Claimant.         )
     _____)
19
          The parties' stipulation for entry of judgment of forfeiture
20
     (#12), as corrected by the parties' stipulation dated January 18,
21
     2012 (#14), is hereby GRANTED.  Judgment of forfeiture will be
22
     entered accordingly.
23
          IT IS SO ORDERED.
24
          DATED: This 23rd day of January, 2012.
25

26                          _Howard D McKibben_

27                          _____
                            UNITED STATES DISTRICT JUDGE
28